# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDDIE LEE RICHARDSON AKA HOTWIRE THE PRODUCER<br><br>Appellant,<br><br>v.<br><br>KARIM KHARBOUCH AKA FRENCH MONTANA,<br><br>Appellee. | **Case No. 24-1119**<br><br>District Case Number: 1:19-CV-2321 |

## MOTION FOR APPELLEE'S COUNSEL TO APPEAR REMOTELY BY VIDEO COMMUNICATION

Dear Seventh Circuit Court of Appeal:

Pursuant to Circuit Rule 34(e), the instant motion is for Appellee's counsel Ani Martirosian to appear remotely in the matter of: EDDIE LEE RICHARDSON AKA HOTWIRE THE PRODUCER v. KARIM KHARBOUCH AKA FRENCH MONTANA, case number 24-1119, set for oral arguments to be heard on September 27, 2024.

Appellees counsel Ani Martirosian respectfully requests to appear by video communications at the oral hearing set for September 27, 2024 for the reasons set forth. Dr. Dariush Adli, lead attorney is unable to attend the oral hearing due to a personal matter and requested that Ms. Ani Martirosian appear to present oral arguments. Ms. Martirosian is currently out of the country seeking medical attention and will not be able to personally appear and thus requests to appear via

1

video conference. Our firm is a small firm, with a limited number of attorneys, we do not have the capability at this time for counsel to appear in person.

Appellee's counsel have met and conferred with Appellants counsel regarding the instant motion and Appellant's counsel does not oppose.

For the reasons above, we respectfully request the Court to grant the instant motion for Ms. Martirosian to appear via video communication at the oral arguments set for September 27, 2024.

                                                          By: /s/ Dariush G. Adli
                                                               Dariush G. Adli
                                                               Ani Martirosian
                                                            ADLI LAW GROUP P.C.
                                                           520 S Grand Ave., Suite 695
                                                           Los Angeles, California 90071
                                                           P: (213) 623-6546
                                                           F: (213) 623-6554
                                                           adli@adlilaw.com
                                                           *Attorneys for Appellee*
                                                           Karim Kharbouch